GIOVANNI GUFFANTI, Suing on Behalf of Himself and of All Other Creditors of FRANCESCO ZANOLINI, etc., Appellant, v. NATIONAL SURETY COMPANY, Respondent, Impleaded with FRANCESCO ZANOLINI.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ANNIE FLOOD, Respondent, v. WALKER D. HINES, Director-General of Railroads (Long Island Railroad), Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, upon the ground that the defendant was not shown to have been guilty of negligence. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ. Merrell, J., dissenting.

FREDERICK W. GNICHTEL, as Receiver, etc., of the SWINEHART TIRE AND RUBBER COMPANY OF NEW JERSEY, Appellant, v. IRVING D. STONE, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ. Greenbaum, J., dissenting.

MARY STEUERNAGEL, Respondent, v. SUPREME COUNCIL OF THE ROYAL ARCANUM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell and Greenbaum, JJ. Smith, J., dissenting.

MAE FINK, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM J. BEAULEY, Appellant, v. HARRIET W. BEAULEY, Respondent. — Order modified as provided in order and as so modified affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARKELL & DOUGLAS, INC., Appellant, v. THOMAS I. BLAIR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

VINCENT PAPIA, Doing Business as P. V. EMBROIDERY COMPANY, Respondent, v. SEIFERT & BUCHHOLZ, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. Greenbaum, J., dissenting.

JOHN W. ARNOLD and Another, Copartners, etc., Appellants, v. LE BENART IMPORT COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PERFECT WINDOW REGULATOR COMPANY, Respondent, v. FISHER BODY CORPORATION and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PERFECT WINDOW REGULATOR COMPANY, Cross-Appellant, v. FISHER BODY CORPORATION and Others, Appellants, Impleaded with Others.— Order so far as appealed from by plaintiff reversed and motion in said respects granted, and upon defendants' appeal order modified as provided in order; the